IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PEARSON,

    Petitioner,

  v.

RON DAVIS, Warden, San Quentin State Prison

    Respondent.

No. C 18-06651 WHA

<u>DEATH PENALTY CASE</u>

**ORDER APPOINTING COUNSEL**

Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints Gary D. Sowards, Esq., and David A. Senior, Esq., as co-counsel to represent Petitioner Michael Pearson.

Dated: December 28, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE